UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA A. TURNBOUGH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERAN AFFAIRS, Office of General Counsel; MELINDA FRICK, District Counsel; LAURETTA HACHEL, Assistant District Counsel; RICHARD HIPOLIT,<br><br>Defendants. | CASE NO. C18-1092RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES |

This matter is before the Court on Plaintiff's Motion for Extension of Time. Dkt. #15. Plaintiff filed this action on August 21, 2018. Dkt. #5. Defendants appeared on December 13, 2018. Dkt. #14. Plaintiff, unaware of Defendants' appearance, filed her Motion for Extension of Time on December 17, 2018. Plaintiff seeks extensions of the Court's Initial Scheduling Dates (Dkt. #11) on the basis that none of the defendants had yet appeared in the action and Plaintiff was therefore unable to satisfy the Court's deadlines. Dkt. #15. "Plaintiff respectfully requests that the time frames for the conferences and reports specified therein b[e] abated and extended NLT 30 days herefrom." *Id.* The Court believes that Plaintiff seeks an extension not longer than thirty days.

ORDER – 1

Accordingly, having reviewed Plaintiff's Motion and the record, the Court finds and Orders that good cause for an extension of time exists, that Plaintiff's Motion for Extension of Time (Dkt. #15) is GRANTED, and that the Court's Initial Scheduling Deadlines (Dkt. #11) are revised as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/6/2018 | **2/22/2019** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/13/2018 | **3/1/2019** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/20/2018 | **3/8/2019** |

Dated this 23 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2